# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

RYAN ELIZABETH BARNETT    )
                               )
      Plaintiff,             )
                               )
v.                         )     Case No. CV415-213
                               )
SOUTH STATE BANK,       )
                               )
      Defendant.        )

## O R D E R

Plaintiff filed this Title VII case and paid the Court's filing fee on July 31, 2015. Doc. 1. However, he[1] sought no summonses for Fed. R. Civ. P. 4 service. Nor, apparently, did he make any effort to effectuate service upon defendant within the 120 days that Rule 4(m) demands.[2] The Court thus directs him, within 14 days of the date this Order is served, to show why his case should not be dismissed for violating Rule 4(m).

---

[1] The Court is guessing at plaintiff's gender.

[2] Under Fed. R. Civ. P. 6(a)(1)(A), the first day (July 31, 2015) is excluded from the 120-day period (now 90 days, per December 1, 2015 amendment to this rule), which placed Barnett at Sunday, November 29, 2015, as his Rule 4(m) deadline. But since Rule 6(a)(1)(C) says to exclude weekend days as an "end day," he had until Monday, November 30, 2015, to serve defendant. He did not.

**SO ORDERED,** this 8th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA